UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK H JONES, | ) |
|         Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 4:20-CV-48-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
|         Defendant. | ) |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 14, 2021, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
June 14, 2021               (By) /s/ Nicole Sellers
                                          Deputy Clerk