# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### FILE NO.: 4:20-CV-00048-D

| | | |
|---|---|---|
| **JACK HENRY JONES,** | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR APPROVAL OF |
| v. | ) | ATTORNEY'S FEES UNDER |
| | ) | 42 U.S.C.A. § 406(b) |
| | ) | |
| | ) | |
| **MARTIN O'MALLEY,** | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On motion of Plaintiff's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b), that Plaintiff's counsel Daniel R. Lauffer be awarded attorney's fees in the amount of $15,191.00.

As Plaintiff's counsel Daniel R. Lauffer was previously awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,700.00, Plaintiff's counsel's law firm will promptly reimburse the Plaintiff in the amount of $5,700.00 upon receiving the § 406(b) award.

SO ORDERED. This the __5__ day of January, 2024.

_____
JAMES C. DEVER III
United States District Judge