UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK H. JONES, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 4:20-CV-48–D** |
| v. ) | |
| ) | |
| MARTIN O'MALLEY, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel Daniel R. Lauffer be awarded attorney's fees in the amount of $15,191.00. As Plaintiff's counsel Daniel R. Lauffer was previously awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,700.00, Plaintiff's counsel's law firm will promptly reimburse the Plaintiff in the amount of $5,700.00 upon receiving the § 406(b) award.

**This Judgment Filed and Entered on January 5, 2024, and Copies To:**
| | |
|---|---|
| Angela R. Cinski | (via CM/ECF electronic notification) |
| Daniel R. Lauffer | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:  
January 5, 2024

PETER A. MOORE, JR., CLERK  
(By) /s/ Stephanie Mann  
 Deputy Clerk